IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADRIAN DEMETRIC AUSTIN. | CRIMINAL ACTION NO.<br>1:13-CR-00353-AT-AJB-2 |

**Government's Response to the Court's March 9, 2021 Order**

On March 9, 2021, (Doc. 88), the Court ordered the Government to "advise the BOP to provide Mr. Austin with the appropriate form to request compassionate release and to indicate that Mr. Austin should be allowed to copy the completed form and submit it to the Court," and that "Mr. Austin be provided the relevant form no later than Friday, March 12, 2021."[1]

The Government provided BOP with a copy of the Court's Order. BOP advised that it could not comply with the Court's mandate because no such "form to request compassionate release" exists within this jurisdiction. In addition, BOP advised that Mr. Austin was placed into home confinement on February 11, 2021. (Ex. 1.) Because of this, BOP was unable to provide Defendant with a copy of its Program Statement regarding compassionate release.

Furthermore, the Government notes that Defendant's purported request for compassionate relief may have been rendered moot in light of his transfer to home confinement.

---

[1] The Government filed a copy of Defendant's medical records under seal as mandated in the Court's Order.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

/s/ D'Juan B. Jones
*Assistant United States Attorney*
Georgia Bar No. 857445
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000; fax (404) 581-6181

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

/s/ D'Juan B. Jones
*Assistant United States Attorney*